AO 91 (Rev. 11/11) Criminal Complaint

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts Southern
District of Texas
**FILED**
*October 28, 2022*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Jose Luis HERNANDEZ<br>(YOB: 2003; COB: U.S.A.)<br><br>*Defendant(s)* | )<br>)<br>)  Case No.   M-22-2100-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  **September 7, 2022**  in the county of  **Hidalgo**  in the
**Southern**  District of  **Texas** , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. 2119 | Whoever, with the intent to cause death or serious bodily harm, takes a motor vehicle that has been transported, shipped, or received in interstate or foreign commerce from the person or presence of another by force and violence or by intimidation, or attempts to do so. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved by AUSA Rob Guerra

Sworn to telephonically and signed electronically
per Fed.R.Cr.4.1

/S/ Alexander Estrada
*Complainant's signature*

Alexander Estrada, Special Agent, ATF
*Printed name and title*

Date:  October 28, 2022   6:16 PM

*Judge's signature*

City and state:  McAllen, Texas

Nadia S. Medrano, U.S. Magistrate Judge
*Printed name and title*

AO 91 (Rev 02/09) Criminal Complaint

## ATTACHMENT A

On October 27, 2022, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) Alexander Estrada (hereinafter referred to as "Affiant") initiated an investigation into violations of Federal Firearm Laws committed by convicted felon, Jose Luis HERNANDEZ.

Previously, your Affiant received information related to the arrest of Jose Luis HERNANDEZ (hereinafter referred to as "HERNANDEZ") in which HERNANDEZ was arrested by local law enforcement for Aggravated Robbery on September 7, 2022, after HERNANDEZ stole an automobile by threatening the occupants of the vehicle while brandishing and shooting a firearm.

According to a Hidalgo County Sheriff's Office (HCSO) Investigative Report, HERNANDEZ approached a vehicle near Mission, Texas and began hitting the passenger side window of the vehicle occupied by a grandmother and her grandchild. When the driver engaged the vehicle, HERNANDEZ brandished a firearm at the driver through the window and started wagging his finger from side to side saying "no." HERNANDEZ then began to hit the window with the pistol and while it was undetermined if the passenger side window was broken due to HERNANDEZ striking the window with the pistol or by a gunshot; HERNANDEZ gained access inside of the vehicle's cab and demanded the driver to exit the vehicle. The driver told HERNANDEZ that they had their grandchild in the vehicle and HERNANDEZ advised the driver to get the child out of the vehicle. The driver stated they thought HERNANDEZ was going to shoot them when they exited the vehicle. The driver heard two shots fired by HERNANDEZ in total during the carjacking event.

Shortly after hearing the gun shots, law enforcement officers from HCSO, Texas Department of Public Safety and The Alton Police Department responded as they were already in the area which prompted a pursuit of the stolen vehicle. The pursuit ended when HERNANDEZ, the sole occupant of the stolen vehicle, crashed the vehicle into a tree, fled on foot, and was apprehended by law enforcement officers. A firearm was recovered from the front passenger seat of the vehicle at the crash location. It was also made apparent that upon review of the carjacked vehicle, a round had been shot into the rear passenger side door near the vicinity of where the two-year-old child was located when the carjacking took place.

In addition, your Affiant had previously received a records query from a Texas Department of Public Safety (DPS) Special Agent for the vehicle that was carjacked by HERNANDEZ. The DPS Special Agent determined that the vehicle which was carjacked by HERNANDEZ was manufactured in Mexico; therefore the vehicle traveled in, and affected, interstate or foreign commerce.